No. 93–9297.  BRADSHAW v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 93–9298.  DAMATTA-OLIVERA v. UNITED STATES.  Ct. Mil.
App.  Certiorari denied.

No. 93–9299.  MCPHAIL ET AL. v. UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.

No. 93–9302.  MATTHEWS v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 93–9304.  MINTZ v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 93–9307.  ANGEL GONZALEZ v. UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.

No. 93–9323.  O'NEAL v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 93–9324.  MACMILLAN v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 93–9329.  ALEXANDER v. UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 93–9330.  WHITE v. UNITED STATES.  C. A. 6th Cir.  Cer-
tiorari denied.

No. 93–9332.  LEE v. UNITED STATES.  C. A. 9th Cir.  Cer-
tiorari denied.

No. 93–9333.  LEGG v. UNITED STATES.  C. A. 4th Cir.  Cer-
tiorari denied.

No. 93–9336.  DAVIS v. UNITED STATES.  C. A. 11th Cir.  Cer-
tiorari denied.

No. 93–9337.  BALLARD v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 93–9338.  DUARTE v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 93–9342.  CASTNER v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.